James E. Torgerson (Bar No. 8509120)
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: 907.277.1900
Facsimile: 907.277.1920
jim.torgerson@stoel.com

Attorneys for Plaintiff
Girl Scouts of the United States of America

STOEL RIVES LLP
510 L Street, Suite 500, Anchorage, AK 99501
Main (907) 277-1900 Fax (907) 277-1920

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GIRL SCOUTS OF THE UNITED STATES OF AMERICA, a District of Columbia nonprofit corporation), <br><br> Plaintiff, <br><br> v. <br><br> FARTHEST NORTH GIRL SCOUT COUNCIL, an Alaska nonprofit corporation, <br><br> Defendant. | Case No.: 3:21-cv-00166 (JMK) |

## STIPULATION TO DISMISS WITH PREJUDICE

The parties have stipulated to dismiss this case with prejudice without Court order pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

*Girl Scouts of the United States of America v. Farthest North Girl Scout Council*
Case No. 3:21-cv-00166 (JMK) 1
111686314.1 0065233-00001

DATED: July 20, 2021

STOEL RIVES LLP

By:/s/ James E. Torgerson
    James E. Torgerson (Bar No. 8509120)

*Attorneys for Plaintiff*

ASHBURN & MASON P.C.

By: /s/ Eva R. Gardner
    Eva R. Gardner (Bar No. 1305017)
    Thomas V. Wang (Bar No. 9806035)

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 20, 2021, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court, District of Alaska, by using the CM/ECF system. Participants in this Case No. 3:21-cv-00166 (JMK), who are registered CM/ECF users, will be served by the CM/ECF system.

/s/ James E. Torgerson
James E. Torgerson

*Girl Scouts of the United States of America v. Farthest North Girl Scout Council*
Case No. 3:21-cv-00166 (JMK)    2
111686314.1 0065233-00001